# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-cr-30091-MJR |
| DEREK J. COULTAS, and WILLIAM J. MYERS, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION AND
## ACCEPTING DEFENDANT COULTAS' GUILTY PLEA

REAGAN, Chief Judge:

On August 24, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of the parties and following a thorough colloquy, Defendant Coultas entered a guilty plea to Counts 1 through 4 of the superseding indictment -- charging possession with intent to distribute methamphetamine and distribution of methamphetamine.

By Report and Recommendation docketed August 24, 2018 (Doc. 52), Judge Williams recommends that the undersigned District Judge accept Defendant Coultas' guilty plea, find Defendant Coultas guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to the Report and Recommendation. That deadline elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 52), **ACCEPTS** Defendant Coultas' guilty plea, and **ADJUDGES** him guilty of the offenses to which he pled guilty. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.

**SENTENCING** for Defendant Coultas will proceed at **11:15 a.m. on November 29, 2018.** JURY TRIAL for Defendant Myers remains set at **9:00 a.m. on October 1, 2018.**

IT IS SO ORDERED.

DATED September 11, 2018.

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
United States District Court